UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE CONTRERAS, | No. CV 21-9797-JVS (JPR) |
| Plaintiff, | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | |
| CHRISTOPHER A. WRAY et al., | |
| Defendants. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, and the Magistrate Judge's Report and Recommendation. The Court has made a de novo review of all objections. The Court accepts the recommendations of the Magistrate Judge.

    ACCORDINGLY, IT IS ORDERED:

    1.   The Report and Recommendation is accepted.

    2.   Defendant Pulido's motion to dismiss is granted, and the claims against him are dismissed with prejudice.

    3.   Defendants Obasohan, Vega, the City of Los Angeles, and Melekian are dismissed from this lawsuit for failure to serve and to prosecute.

4. The clerk should serve this Order on all counsel or parties of record.

DATED: August 30, 2022

*James V. Selna* (signature)

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE