**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PETE CONTRERAS,                         )   No. CV 21-9797-JVS (JPR)
                                        )
                Plaintiff,              )   **ORDER ACCEPTING MAGISTRATE**
                                        )   **JUDGE'S REPORT AND RECOMMENDATION**
            v.                          )
                                        )
CHRISTOPHER A. WRAY et al.,             )
                                        )
                Defendants.             )
_____)

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the First
Amended Complaint, the other records on file herein, the Magistrate
Judge's Report and Recommendation, and Plaintiff's Objection to the R.
& R.  The Court accepts the findings and recommendations of the
Magistrate Judge.

　　　ACCORDINGLY, IT IS ORDERED THAT:

　　　1.　Defendants' motions to dismiss are granted with prejudice.

　　　2.　Plaintiff's motions for leave to amend, a stay, discovery,
and reconsideration are denied.

　　　3.　Judgment be entered consistent with this order.

4.    The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: January 12, 2023

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE