JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETE CONTRERAS, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER A. WRAY et al., <br><br> Defendants. | Case No. CV 21-9797-JVS (JPR) <br><br> **J U D G M E N T** |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 12, 2023

_____
JAMES V. SELNA
U.S. DISTRICT JUDGE